## STATE ex THOMPSON, HINE & FLORY v BEDFORD (village) COUNCIL

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided June 23, 1930

For full opinion see 32 O L R 136; 174 NE 601; 37 Oh Ap 265 (Oh Bar 3-3-31).